### *In re* DAGGETT, Appellant.

*(Supreme Court, General Term, Fifth Department. January 24, 1890.)*

No opinion. Order affirmed, with $10 costs and disbursements, to be paid by the committee personally.

---

### FRENCH, Respondent, *v.* PRATT, Appellant.

*(Supreme Court, General Term, Fifth Department. January 24, 1890.)*

No opinion. Motion for reargument denied. For decision on appeal, see 7 N. Y. Supp. 240.

---

### GATES *v.* HENDRICK.

*(Supreme Court, General Term, Fifth Department. January 24, 1890.)*

No opinion. Motion for reargument denied. For decision on appeal, see 7 N. Y. Supp. 229.

---

### HOLDEN, Appellant, *v.* HAMILTON, Respondent.

*(Supreme Court, General Term, Fifth Department. January 24, 1890.)*

No opinion. Judgment modified by striking out the provision dismissing the complaint on the merits, and substituting a provision dismissing the complaint, without prejudice to the plaintiff's right to bring another action, if so advised, on payment of costs; and, as so amended, affirmed, without costs of this appeal to either party.

---

### KIRSCH, Respondent, *v.* TOZIER *et al.,* (CLEMENT, Appellant.)

*(Supreme Court, General Term, Fifth Department. January 24, 1890.)*

No opinion. Order affirmed, with $10 costs and disbursements, to be paid by the appellant John B. Clement. CORLETT, J., not sitting.

---

### VILLAGE OF PALMYRA, Appellant, *v.* WYNKOOP *et al.,* Respondents.

*(Supreme Court, General Term, Fifth Department. January 24, 1890.)*

No opinion. Order modified by striking out the provision vacating and setting aside the interlocutory judgment, and inserting a provision for payment by defendant of the costs of the demurrer as condition of leave to answer over, and as so modified affirmed, without costs of this appeal to either party. MACOMBER, J., not sitting. See 6 N. Y. Supp. 62.

---

### PECK *v.* BELKNAP *et al.*

*(Supreme Court, General Term, Fifth Department. January 24, 1890.)*

No opinion. Motion for reargument denied. For decision on appeal, see 8 N. Y. Supp. 265.

---

### PECK, Respondent, *v.* CITY OF ROCHESTER, Appellant.

*(Supreme Court, General Term, Fifth Department. January 24, 1890.)*

No opinion. Order affirmed, with $10 costs and disbursements. For former report, see 3 N. Y. Supp. 872.